UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT
CIVIL APPEAL STATEMENT OF PARTIES AND ISSUES

Case No: __22-1185__    Case Manager: __Amy Gigliotti__

Case Name: __In re Flint Water Cases__

Is this case a cross appeal?  ☐ Yes   ☑ No
Has this case or a related one been before this court previously?   ☑ Yes   ☐ No
If yes, state:
   Case Name: __In re Hall__    Citation: __4 F.4th 376 (2021)__
Was that case mediated through the court's program?   ☐ Yes   ☑ No

**Please Identify the Parties Against Whom this Appeal is Being Taken and the Specific Issues You Propose to Raise:**

Corey M. Stern & Hunder J. Shoknik (co-liaison counsel for the individual plaintiffs)

Theodore J. Leopold & Michael L. Pitt (co-lead cousnel for the settlement class)

1. Were the attorneys' fees that were awarded in conjunction with the $626.25 million partial settlement excessive?

2. Did the district court err by denying objectors' motion for discovery of co-lead and co-liaison counsel's billing and costs records?

**This is to certify that a copy of this statement was served on opposing counsel of record this __21__ day of __March__, __2022__.**

Adam Schulman
Name of Counsel for Appellant