UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

Nos. 22-1185/1197/1605

IN RE: FLINT WATER CASES.
_____

LUKE WAID,

    Plaintiff,

INDIVIDUAL PLAINTIFFS; SETTLEMENT CLASS PLAINTIFFS,

    Plaintiffs - Appellees,

    v.

RICHARD DALE SNYDER, et al.,

    Defendants,

RAYMOND HALL and ASHLEY JANKOWIAK (22-1185); HELEN CHAPMAN, DOROTHY CHAPMAN, SHAMIYA CHAPMAN, LASHONDA JONES, SHIRLEY GLOVER on behalf of herself and her children, J.S. and A.S., TRISHA WALTER, TOMMIE LOWERY, JR. on behalf of himself and his children, T.L., I.L., and M.L., LINDA WELCHE, REKIYAH WILLIAMS on behalf of herself and her children, M.W., O.B., D.W., and D.W., ASHLEY SUBLET on behalf of herself and her children, E.W. and E.W., ELIZABETH FRANKLIN on behalf of herself and her children, E.W. and E.W., FLORLISA STEBBINS, ALBERT HARRIS, SHEILA HARRIS, NADINE ROBERTS on behalf of herself and her foster daughter, D.J., and EARL WELCHE (22-1197); NADINE ROBERTS on behalf of herself and her foster daughter, D.J. (22-1605),

    Objectors - Appellants.

**FILED**
Mar 17, 2023
DEBORAH S. HUNT, Clerk

Before: CLAY, McKEAGUE, and STRANCH, Circuit Judges.

**JUDGMENT**

On Appeal from the United States District Court
for the Eastern District of Michigan at Ann Arbor.

THIS CAUSE was heard on the record from the district court and was submitted on the briefs without oral argument.

IN CONSIDERATION THEREOF, it is ORDERED that the judgment of the district court is AFFIRMED.

**ENTERED BY ORDER OF THE COURT**

_____
Deborah S. Hunt, Clerk